UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

ALISON MCDANIEL,

                            Plaintiff,      **STIPULATION OF DISMISSAL**

-against-

                                             Civil Case No.: 8:13-CV-511

GSM BY NOMAD, LLC,                          (NAM/CFH)

d/b/a NOMAD AIRSTREAM,

                            Defendant.

---

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action be, and the same is hereby discontinued in its entirety, with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

Dated: December 10, 2014

_____                _____
Christopher J. Honeywell, Esq.          Justin R. Meyer, Esq.
GIRVIN & FERLAZZO, P.C.             STAFFORD, PILLER, MURNANE,
*Attorneys for Plaintiff*                   PLIMPTON, KELLEHER & TROMBLEY, LLC
20 Corporate Woods Blvd.              *Attorneys for Defendant*
Albany, NY 12211                           One Cumberland Avenue, P.O. Box 2947
Ph: (518) 462-0300                       Plattsburgh, NY 12901
cjh@girvinlaw.com                        Ph: (518) 561-4400
                                              jmeyer@soctlaw.com

**IT IS SO ORDERED:**

_____
**Norman A. Mordue**
**Senior U.S. District Judge**

**Dated:**     December 18, 2014
               **Syracuse, NY**